UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 23-6536

Caption [use short title]: Hall v. Green Haven C.F., et al

Motion for: Counsel Assignment, To Further the Complaint's Allegations To U.S. Post Master General

Set forth below precise, complete statement of relief sought:

To Alleviate corruption of this valid Complaint, (see pending outstanding motion for "supporting" probative Documents To Be Considered," Dated 08/21/2023 - Attached), Counsel Assignment is sought.

MOVING PARTY: Ralph Hall
OPPOSING PARTY: U.S. Attorney

[✓] Plaintiff   [ ] Defendant
[ ] Appellant/Petitioner   [ ] Appellee/Respondent

MOVING ATTORNEY: R. Hall
OPPOSING ATTORNEY: U.S. Attorney
[name of attorney, with firm, address, phone number and e-mail]
594 Route 216
Stormville, NY 12582

One Saint Andrews Plaza
New York, NY 10007

Court- Judge/ Agency appealed from: USDC/SDNY - Dkt. No. 23CV3667 (LTS)

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1)?
[✓] Yes   [ ] No (explain):

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [✓] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [ ] No [✓] Don't Know

Is the oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? [ ] Yes [✓] No If yes, enter date:

Signature of Moving Attorney:
Ralph Hall   Date: 07/01/2024   Service: [ ] Electronic [✓] Other [Attach proof of service]

Form T-1080 (rev. 10-23)

United States Court of Appeals
For The Second Circuit
40 Foley Square
New York, New York 10007
(Attn: Clerk of the Court)

July 01, 2024

Re: Hall v. Green Haven Correctional Facility, et al
USCA/Second Circuit Docket # 23-6536

Dear Clerk of the Court,

I am in receipt of an updated docket text that reflects docket entries #57 and #58 concerning my withdrawal of parallel, state court Article 78 petition. My intention was to advise the Federal Court about my withdrawal of said parallel petition from the State Court and the reasons why. It appears that my correspondence to the USCA was construed as a withdrawal of my 1983 complaint, which have been deemed a "defective document." To the contrary, I was merely submitting a copy of my withdrawal of state action for the Federal complaint's record. Counsel assignment is needed to assist in the furtherance of my Federal complaint. (See attachments)

Ralph Hall #05A5367
594 Route 216
Stormville, N.Y. 12582

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Ralph Hall

**CERTIFICATE OF SERVICE***

Docket Number: 23-6536

v.

Greenhaven C.F. et al.

I, **Ralph Hall** (print name), hereby certify under penalty of perjury that on **07/01/2024** (date), I served a copy of **Form T-1080 with supporting reference for Counsel Assignment (and letter to Court,)** (list all documents)

by (select all applicable)**

___ Personal Delivery  ✓ United States Mail  ___ Federal Express or other Overnight Courier

___ Commercial Carrier  ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| USCA/Second Circuit | 40 Foley Sq. | N.Y.C. | NY | 10007 |
| U.S. Attorney | One St. Andrews Plaza | N.Y.C. | NY | 10007 |
|  |  |  |  |  |
|  |  |  |  |  |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

**07/01/2024**
Today's Date

**Ralph Hall 05A5367**
Signature

Certificate of Service Form (Last Revised 12/2015)

