# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT
Thurgood Marshall United States Courthouse
40 Foley Square, New York NY 10007
212.857.8585

**DEBRA ANN LIVINGSTON**  **CATHERINE O'HAGAN WOLFE**
**CHIEF JUDGE**  **CLERK OF COURT**

November 18, 2024

Barbara D. Underwood
Solicitor General of the State of New York
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005

Re: <u>Hall v. Green Haven Correctional Facility</u>, Docket No. 23-6536

Dear Ms. Underwood,

The above-referenced case is currently pending before this Court. The panel deciding Appellant Ralph Hall's motions issued an order inviting the New York State Attorney General's Office to file an *amicus curiae* brief.

Enclosed is a copy of the order. The Clerk's Office will send by email a copy of the Appellant's brief and appendix when filed.

If you have any questions, please contact me.

Very truly yours,

s/s

Catherine O'Hagan Wolfe
Clerk of Court

cc: Ralph Hall, #05-A-5367
Green Haven Correctional Facility
594 Rt. 216
Stormville, NY 12582