PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

DIRECT DIAL: (212) 373-3648
EMAIL: WMICHAEL@PAULWEISS.COM

BEIJING
BRUSSELS
HONG KONG
LONDON
LOS ANGELES

SAN FRANCISCO
TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

December 26, 2024

BY ELECTRONIC FILING

Ms. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Hall* v. *Green Haven Correctional Facility*, No. 23-6536

Dear Ms. Wolfe:

We represent plaintiff-appellant Ralph Hall in the above-captioned appeal. We filed a certificate that no transcript will be ordered on Friday, December 20, 2024. Pursuant to Local Rule 31.2, we write to notify the Court of our request to file plaintiff-appellant's opening brief on or before Friday, March 21, 2025, which is within 91 days after we certified that we will not be ordering a transcript—i.e., our "ready date."

Respectfully submitted,

/s/ William B. Michael
William B. Michael

cc: Stephen J. Yanni (by electronic filing)