# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of May, two thousand twenty-five,

_____

Ralph Hall,

       Plaintiff - Appellant,

  v.

Green Haven Correctional Facility, General Correspondence Department, Package Room Department, Unnamed Correctional Officer, Staff, Deputy Superintendent for Security, Inmate Grievance Program, Central Office Review Committee,

       Defendants,

New York State Attorney General Office,

       Amicus Curiae.

_____

**ORDER**

Docket No. 23-6536

Counsel for AMICUS CURIAE New York State Attorney General Office has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 04, 2025 as the brief filing date.

It is HEREBY ORDERED that Amicus Curiae brief must be filed on or before August 04, 2025.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

