USCA / Second Circuit
40 Foley Square
New York, New York 10007
(Clerk of the Court)

RECEIVED 2025 JUL 28 PM 3:58 CLERK'S OFFICE U.S. COURT OF APPEALS

July 18, 2025

Re: Hall v. Green-Haven Corr. Fac., et al.
Court of Appeals Docket #23-6536

Dear Clerk of the Court,

I am writing to request an updated docket text that would reflect "payment in full" for fee filing status taken by encumbrance from my inmate account. (Five Hundred and Five Dollars) Encumbranced money was taken March-April 2025. I request an update to include the ($505.00) above to complete necessary filing for this case.

Thank you for your assistance,

Ralph Hall #05A5367
594 Route 216
Stormville, N.Y. 12582

**GREEN HAVEN CORRECTIONAL FACILITY**
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000

NAME: R. Apn[illegible]    DIN: 05A5367

NEOPOST
07/21/2025
US POSTAGE $000.74
ZIP 12582

RECEIVED 2025 JUL 28 PM 3:59 CLERK'S OFFICE U.S. COURT OF APPEALS

United States Court of Appeals
Second Circuit
40 Foley Square
New York, N.Y. 10007

Legal Mail

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: _____

DIN: _____

Printed On Recycled Paper